Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.: 17−25321−CMG
          Chapter: 13
          Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marc Reilly
   103 Roosevelt Drive
   Brick, NJ 08724

Social Security No.:
   xxx−xx−7646

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/3/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 6, 2019
JAN: bwj

                        Jeanne Naughton
                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 17-25321-CMG
Marc Reilly                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: May 06, 2019
                      Form ID: 148    Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2019.
```
db             +Marc Reilly,    103 Roosevelt Drive,    Brick, NJ 08724-2723
516971413      +Cenlar,    PO Box 77404,    Trenton, NJ 08628-6404
516971414      +Fenton & McGarvey,    2401 Stanley Gault Parkway,    Louisville, KY 40223-4175
517199261      +HomeBridge Financial Services, Inc.,    c/o Cenlar FSB,    425 Phillips Blvd,
                 Ewing, NJ 08618-1430
516971415      +Medical Payment Data,    Attn: Simons Agency Inc,    4963 Wintersweet Drive,
                 Liverpool, NY 13088-2176
516971416      +Medical Payment Data,    Attn: Commonwealth Financial,    245 Main Street,
                 Scranton, PA 18519-1641
516971420      +Medical Payment Data,    Attn: Paramount Recovery System,    105 Deanna Street,
                 Waco, TX 76706-5319
516971419       Medical Payment Data,    Attn: Quality Asset Recovery,    7 Foster Avenue Ste 101,
                 Gibbsboro, NJ 08026-1191
517902448       New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
                 Greenville, SC  29603-0675
517902449       New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
                 Greenville, SC  29603-0675,    New Penn Financial, LLC d/b/a Shellpoint,    P.O. Box 10675,
                 Greenville, SC  29603-0675
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 07 2019 00:02:45    U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 07 2019 00:02:40    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516971412      +EDI: CAPITALONE.COM May 07 2019 03:08:00    Capital One Bank,    PO Box 71083,
                 Charlotte, NC 28272-1083
517057145       EDI: CAPITALONE.COM May 07 2019 03:08:00    Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
516971418      +EDI: CAPIO.COM May 07 2019 03:08:00    Medical Payment Data,    Attn: Capio Partners,
                 2222 Texoma Parkway Ste 150,    Sherman, TX 75090-2481
516971417      +EDI: IIC9.COM May 07 2019 03:08:00    Medical Payment Data,    Attn: IC System Inc,
                 PO Box 64378,    Saint Paul, MN 55164-0378
517129267       EDI: Q3G.COM May 07 2019 03:08:00    Quantum3 Group LLC as agent for,    CF Medical LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
517093034       EDI: WFFC.COM May 07 2019 03:08:00    Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
516971421       EDI: WFFC.COM May 07 2019 03:08:00    Wells Fargo Financial National Bank,    PO Box 660431,
                 Dallas, TX 75266-0431
                                                                                                TOTAL: 9
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 6, 2019 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services, Inc.
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              James J. Cerbone    on behalf of Debtor Marc  Reilly cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor    HomeBridge Financial Services, Inc.
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: May 06, 2019
                              Form ID: 148             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
           U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                  TOTAL: 5